**UNITED STATES DISTRICT COURT**
**District of Maryland**

**Chambers of**                                                    **6500 Cherrywood Lane**
**William Connelly**                                        **Greenbelt, Maryland  20770**
**Chief United States Magistrate Judge**                        **Office: (301) 344-0627**
                                                                    **Fax: (301) 344-8434**
                                        **MDD_WGCChambers@mdd.uscourts.gov**

January 18, 2017

**Via CM/ECF**
Melissa O. Martinez, Esq.
Richard Schrager, Esq.

Re:    CSX Transportation, Inc. v. Alban Waste, LLC et al
       Civil Action No.  JKB 13-1770

Dear Counsel:

       Please be advised that a follow up settlement conference in the above-captioned case has been scheduled at the request of counsel for **Tuesday, February 28, 2017 at 10:00 a.m.** to be held in my chambers (Room 355A).   It is essential that **all of the parties**, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person.  **Attendance by the attorney for a party is <u>not</u> sufficient.**  *See* Local Rule 607.3.   Please also be advised that the conference may take the entire day.

       The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited.  *See* 28 U.S.C. § 652(d); Local Rule 607.4. Mediation letters are not required; however, if you prefer to submit one, for confidentiality purposes, **please do not** e-file your responses using our CM/ECF system.

       Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                                        Very truly yours,

                                        /s/

                                        WILLIAM CONNELLY
                                        Chief United States Magistrate Judge